JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON D. MCDONALD,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | No. CV No. 2:21-cv-04140-AS<br><br>**[PROPOSED] JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: January 13, 2022

　　　　　　　　　　　　　／ s / Sagar
　　　　　　　　　　THE HONORABLE ALKA SAGAR
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1